ARCHIVE   Printed by: FICIMPORT   09/16/2015 02:03   Page 1 of 6

| JPSO CRIME REPORT | Signal | Rep Area | Item # | Report Type | Date | Time |
|---|---|---|---|---|---|---|
| ADM SEC ORI LA0260000 | 112 | 3205 | I-07246-15 | INITIAL | 08-SEP-2015 | 1221 |

| Day of Wk. | Begin Date | Begin Time | End Date | End Time | Location of Offense |
|---|---|---|---|---|---|
| TUE | 08-SEP-2015 | 1221 | 08-SEP-2015 | 1400 | LAPALCO BV MARRERO 70072 |

**Reporting Officer:** DAVID MICHEL
PR: 116100   JP: 956
Arrived: 081221
Completed: 151400

**Responding Detective:**
PR:   JP:
Notified:
Arrived:

**Supervisor:**
PR:   JP:
Notified:
Arrived:

I-07246-15JCR

## REPORTING PERSON

Name: DAVID MICHEL
DOB:   Age:   Race:   Sex:
Employer/School: JEFFERSON PARISH SHERIFF
Address: 725 MAPLE ST        Address: 725 MAPLE ST
City/St/Zip: HARVEY, LA 70058    City/St/Zip: HARVEY, LA 70058
Phone: (504) 364-5210        Phone: (504) 364-5210
Identify Suspect? YES   Voluntary Statement? N

## VICTIM

Victim Sequence Number: 1   Type: SOCIETY        For Insurance Purposes?
Name: J.P.S.O
Address: 725 MAPLE ST
City/St/Zip: HARVEY, LA 70058
Phone: (504) 364-5210

## OFFENSE

Offense Sequence Number: 1   Victim: 1   Suspect: 1
R.S. Number: RS14:112   Title: FALSE PERSONATION
Attempted/Completed: COMPLETED   Location Type: HWY/ROAD/ALLEY   Number of Premises:
Criminal Activity 1: OTHER   Weapon/Force Type 1: NONE

Offense Sequence Number: 2   Victim: 1   Suspect: 1
R.S. Number: RS40:1238.1   Title: POSS/DIST LEGEND DRUG W/O RX
Attempted/Completed: COMPLETED   Location Type: HWY/ROAD/ALLEY   Number of Premises:
Criminal Activity 1: POSSESSING/CONCEALING   Weapon/Force Type 1: NONE

Offense Sequence Number: 3   Victim: 1   Suspect: 1
R.S. Number: RS40:1238.1   Title: POSS/DIST LEGEND DRUG W/O RX
Attempted/Completed: COMPLETED   Location Type: HWY/ROAD/ALLEY   Number of Premises:
Criminal Activity 1: POSSESSING/CONCEALING   Weapon/Force Type 1: NONE

Offense Sequence Number: 4   Victim: 1   Suspect: 1
R.S. Number: RS40:1238.1   Title: POSS/DIST LEGEND DRUG W/O RX
Attempted/Completed: COMPLETED   Location Type: HWY/ROAD/ALLEY   Number of Premises:
Criminal Activity 1: POSSESSING/CONCEALING   Weapon/Force Type 1: NONE

Offense Sequence Number: 5   Victim: 1   Suspect: 1

EXHIBIT 1

R.S. Number: RS40:967    Title: DRUGS-SCHEDULE II
Attempted/Completed: COMPLETED    Location Type: HWY/ROAD/ALLEY    Number of Premises:
Criminal Activity 1: POSSESSING/CONCEALING    Weapon/Force Type 1: NONE

Offense Sequence Number: 6    Victim: 1    Suspect: 1
R.S. Number: RS40:969    Title: DRUGS-SCHEDULE IV
Attempted/Completed: COMPLETED    Location Type: HWY/ROAD/ALLEY    Number of Premises:
Criminal Activity 1: POSSESSING/CONCEALING    Weapon/Force Type 1: NONE

I-07246-5

## SUSPECT

Suspect Sequence Number: 1
Name: ROBERT WEISLER    Race: WHITE    Sex: MALE
DOB: ████ 1963    Age From: 52    To:    Ethnicity: NON-HISPANIC    Resident? YES
Height From: 508    To:    Weight From: 170    To:    Eye Color: BROWN
Hair Color: BLACK    Hair Length: ABOVE EAR
Address: 5328 LORING DR    City/St/Zip: MARRERO, LA 70072
Alcohol Consumed?    Computer Used?    Drugs Used?    Gaming Motive?    Gang Related:
Armed:    Hate/Bias: NONE
Can be Identified by Witness: REPORTING PERSON
Identifiable Features: RED SHIRT W/ BLUE JEANS & BLACK BALL CAP
Location: JPCC
Arrest Type: ON-VIEW    Voluntary Statement?    Local Check? YES    State Check? YES    NCIC Check? YES
Suspect Injury Codes: NONE

## ADDITIONAL WITNESS

Witness Sequence Number: 1
Name: JULIO ALVARADO    DOB/PR: 115655
Address: 725 MAPLE ST    Under the Influence?    Can Witness ID Suspect? YES
City/St/Zip: HARVEY, LA 70058    Voluntary Statement?    Present During Incident? YES
Phone: (504) 364-5210

Witness Sequence Number: 2
Name: RUSSELL VARMALL    DOB/PR: 115375
Address: 725 MAPLE ST    Under the Influence?    Can Witness ID Suspect? YES
City/St/Zip: HARVEY, LA 70058    Voluntary Statement?    Present During Incident? YES
Phone: (504) 364-5210

Witness Sequence Number: 3
Name: BLAKE HOLLIFIELD    DOB/PR: 115891
Address: 725 MAPLE ST    Under the Influence?    Can Witness ID Suspect? YES
City/St/Zip: HARVEY, LA 70058    Voluntary Statement?    Present During Incident? YES
Phone: (504) 364-5210

## PROPERTY
None

## VEHICLE

Vehicle Number: 1    Status: SUSPECT    Belongs to: SUSPECT 1

ARCHIVE  Printed by: FICIMPORT  09/16/2015 02:03  Page 3 of 6

Make: FORD  Year: 2000  2/4 Dr: 4  Model: CROWN VIC  Color: WHITE
License: SHV120  Year: 16  State: LA  Description: 03 — AUTOMOBILES
VIN: 2FAFP73W7YX142251  Value: $1,000  Date Recovered:

Marks or Damage: NONE

NCIC Information
Make: FORD  Year: 2000  2/4 Dr: 4  Model: CROWN VIC  Color: WHITE
Registered Owner: ROBERT WEISLER  Permission to Tow?
Address:  Towed By:
City/St/Zip:  Towed To:
NCIC Time:  Operator:  ATB:

## CRIME SCENE
None

## INVESTIGATION
Type of Force Used:  Security Device Installed?
Point of Entry:  Security Device Activated?
Safe Job?  Gambling Devices on Premises?  Alcoholic Beverage Outlet?
Prior History of Domestic Violence?  Prior History Documented?  Number of Prior Cases:
Modus Operandi (MO): THE SUSPECT FALSELY PRESENTED HIMSELF AS A LAW ENFORCEMENT OFFICER AND WAS ALSO FOUND IN POSSESSION OF A VARIETY OF MEDICATIONS WITHOUT AN RX.

## INSURANCE
None

## APPROVAL
Sergeant Viewed  Lieutenant Viewed  Dist. Cmdr. Viewed
User ID: JPSO_115655
Date/Time: 15-SEP-2015 16:14

FINAL APPROVAL  User ID: JPSO_115655  Date/Time: 15-SEP-2015 16:15

Crime Prevention Officer Required?  Issued Complaint Slip?  911 Notified?  Warrant?
Parade Related?  Crime Scene Required?  Report Status: COMPLETED
Exceptional Clearance:  Date:
District Follow Up?
Bureau Follow Up?

1-07246-15

NARRATIVE

Time Stamp: 09/15/2015 08:35    Written By: DAVID MICHEL

ON TUESDAY, SEPTEMBER 8, 2015, AT APROXIMATELY 12:21 PM, DETECIVE DAVID MICHEL AND DEPUTY TRAVIS ENCLARD, ASSIGNED TO THE JEFFERSON PARISH SHERIFF'S OFFICE PROJECT STAR DIVISION, WERE CONDUCTING PROACTIVE PATROLS IN THE AREA OF AMES BOULEVARD AND JAMES DRIVE, LOCATED IN MARRERO, LOUISIANA. THIS AREA IS KNOWN TO DETECTIVES AS A HIGH CRIME/DRUG TRAFFICING AREA..

DETECTIVE MICHEL AND DEPUTY ENCLARD WERE CLAD IN CIVILIAN CLOTHING, AND A DEPARTMENTALLY ISSUED TACTICAL VEST WITH A CLEARLY VISIBLE SHERIFF'S BADGE DISPLAYED. INVESTIGATORS WERE OCCUPYING A FULLY MARKED POLICE VEHICLE. DETECTIVE MICHEL WAS IN CONTROL OF THE VEHICLE, WHILE DEPUTY ENCLARD OCCUPIED THE FRONT PASSENGER SEAT.

ON THE ABOVE DATE, INVESTIGATORS OBSERVED A WHITE CROWN VICTORIA BEARING LOUISIANA LICENSE PLATE# SHV120 PROCEEDING NORTHBOUND ON AMES BOULEVARD APPROACHING THE STOP LIGHT AT LAPALCO BOULEVARD. INVESTIGATOR'S OBSERVED THE ABOVE LISTED VEHICLE WITH EXTREMELY DARK TINT AND DETECTIVE MICHEL WAS UNABLE TO SEE INSIDE OF THE VEHICLE. DETECTIVE MICHEL ACTIVATED HIS EMERGENGY LIGHTS AND SIRENS ELECTING TO CONDUCT A TRAFFIC STOP. THE DRIVER STOPPED HIS VEHICLE AT THE INTERSECTION OF LAPALCO BOULEVARD AND AMES BOULEVARD.

AS DETECTIVE MICHEL APPROACHED THE VEHICLE, THE DRIVER ROLLED DOWN HIS FRONT WINDOW. WHILE DEPUTY ENCLARD STOPPED AT THE REAR PASSENGER SIDE TO ASSIST. UNABLE TO DETERMINE IF THERE WERE ANY OTHER PASSENGERS IN THE VEHICLE DUE TO THE DARK WINDOW TINT, DETECTIVE MICHEL REQUESTED THE DRIVER TO ROLL DOWN THE REAR WINDOWS BEFORE DETECTIVE MICHEL WOULD FULLY ADVANCE TO THE DRIVER'S WINDOW.

DETECTIVE MICHEL OBSERVED THROUGH THE REAR DRIVER SIDE WINDOW A COMPUTER STAND LOCATED IN THE CENTER OF THE FRONT CONSOLE CONSISTENT WITH EQUIPMENT THAT WOULD BE FOUND IN A POLICE VEHICLE, AS WELL AS AN EMERGENGY LIGHT AFFIXED TO THE FRONT DASH. DETECTIVE MICHEL DISCOVERED THE VEHICLE WAS ALSO EQUIPPED WITH AN EMERGENCY SIREN LOCATED IN THE FRONT GRILL. LOCATED ON THE FRONT SEAT, IS WHAT APPEARED TO BE POSSIBLE TACTICAL EQUIPMENT IN A BLACK BAG. DETECTIVE MICHEL REQUESTED FROM THE DRIVER HIS REGISTRATION, PROOF OF INSURANCE, AND CURRENT DRIVER'S LICENSE. THE DRIVER IDENTIFIED VIA A CURRENT LOUISIANA DRIVER'S LICENSE (#008781532), AS ROBERT WEISLER, W/M, DATE OF BIRTH ████1963, WHO PROVIDED ALL OF THE ABOVE LISTED DOCUMENTS.

AT THIS TIME SERGEANT JULIO ALVARADO, ALSO OF THE JEFFERSON PARISH SHERIFF'S OFFICE PROJECT STAR DIVISION ARRIVED TO ASSIST. WEISLER, WHO STEPPED OUT HIS VEHICLE, WAS CLAD IN A RED SHORT SLEEVE SHIRT, BLUE JEANS, AND A BLACK BALL CAP ON HIS HEAD DISPLAYING THE WORD "S.W.A.T." ON THE FRONT AND ON THE BRIM OF THE HAT WAS ALSO EMBROIDERED THE WORD "S.W.A.T." DUE TO EQUIPMENT VIEWED IN THE FRONT SEAT ALONG WITH THE HAT THAT WAS OBSERVED, WEISLER WAS ASKED IF HE WAS A LAW ENFORCEMENT OFFICER, TO WHICH WEISLER REPLIED, "YES". DETECTIVE MICHEL ASKED WEISLER IF HE WAS IN POSSESSION OF CREDENTIALS IDENTIFYING HIM AS A CURRENT LAW ENFORCEMENT OFFICER, TO WHICH HE REPLIED, "YES". WEISLER REMOVED FROM HIS REAR POCKET A LEATHER WALLET THAT CONTAINED EXHIBIT# 8, A PIECE OF PAPER COVERED BY THE PLASTIC WINDOW OF THE WALLET, READING "HANCOCK COUNTY SHERIFF'S DEPARTMENT" HAVING AN IMPRINTED PICTURE OF THE SHERIFF'S BADGE FOR THAT COUNTY ON THE SAME PAPER.

DISPLAYED ON THE OPPSITE FLAP OF THE WALLET WAS IDENTIFICATION WITH WEISLER'S NAME AND IDENTIFYING INFORMATION IDENTIFYING HIM AS A DEPUTY SHERIFF. THE BACKING FOR THAT IDENTIFICATION CARD WAS AFFIXED TO A PLAIN WHITE INDEX CARD. BOTH OF THE CREDENTIALS WERE SIGNED BY SHERIFF "STEVE GARBER", WHO

COINCIDENTALLY HAS BEEN OUT OF OFFICE SINCE "2004". ALSO IN POSSESSION OF WEISLER WAS (EXHIBIT#7) TWO LAMINATED CARDS IDENTIFIYING HIM AS A DEPUTY IN PEARL RIVER COUNTY MISSISSIPPI WITH AN ISSUE DATE OF FEBRUARY 14, 1996. THE I.D WAS SIGNED BY SHERIFF "DAN C. MCNEILL", WHO HAS BEEN OUT OF OFFICE SINCE "2000". WEISLER WAS VERY ADAMANT IN REFERENCE TO HIM BEING A LAW ENFORCEMENT OFFICER.

DURING FURTHER QUESTIONING ABOUT HIS BEING A POLICE OFFICER, WEISLER RECANTED HIS EARLIER STATEMENT, STATING, "WELL, I RETIRED FROM THE POLICE DEPARTMENT". DURING DETECTIVE MICHEL'S INTERVIEW WITH WEISLER, HE APPEARED VERY NERVOUS AT THE POLICE PRESENT, HIS HANDS TREMBLING AND HIS LOW VOICE, WHILE MAKING COMMENTS UNDER HIS BREATH. DETECTIVE MICHEL ASKED WEISLER WHY HE WAS SO NERVOUS, HE REPLIED,"WELL, I NEVER BEEN PULLED OVER BY THE POLICE BEFORE, I ALWAYS DO THE PULLING OVER". WEISLER LATER ADMITTED HE NEVER RETIRED AS A LAW ENFORCEMENT OFFICER, BUT WOULD NEVER GIVE THE REASON AS TO WHY HE LEFT.

SERGEANT ALVARADO CONTACTED THE HANCOCK COUNTY SHERIFF'S OFFICE (#228-466-6900) AND SPOKE WITH CHIEF DEPUTY DON BASS WHO ADVISED WEISLER RESIGNED AND HAD NOT WORKED IN A LAW ENFORCEMENT CAPACITY FOR APPROXIMATELY 20 YEARS. CHIEF DEPUTY BASS COULD NOT CONFIRM OR DENY THE REASON FOR WEISLER'S SEPERATION FROM THE DEPARTMENT.

WEISLER WAS ADVISED HE WAS UNDER ARREST FOR IMPERSONATING A POLICE OFFICER. DETECTIVE MICHEL ADVISED WEISLER OF HIS RIGHT AS PER MIRANDA, TO WHICH HE VERBALLY ACKNOWLEDGED HE UNDERSTOOD.

A SEARCH OF WEISLER, INCIDENTAL TO ARREST FOR INVENTORY PURPOSES REVEALED AN ORANGE PILL BOTTLE IN HIS FRONT LEFT POCKET CONTAINING A PLETHORA OF THE FOLLOWING ASSORTED PILLS: (EXHIBIT#1) A YELLOW OVAL SHAPED PILL MARKED "G4910/100MG" IDENTIFIED VIA LOUISIANA POISON CONTROL AS A LEGEND DRUG SERTRALINE, (EXHIBIT# 2) A RED ROUND PILL MARKED "L852" IDENTIFIED AS RANITIDINE VIA LOUISIANA POISON CONTROL, (EXHIBIT#3) A ROUND YELLOW PILL MARKED "L", LOUISIANA POISON CONTROL WAS UNABLE TO IDENTIFY THIS PILL, (EXHIBIT#4) A ROUND WHITE PILL MARKED "A101" IDENTIFIED AS LEGEND DRUG BUPROPION VIA LOUISIANA POISON CONTROL, (EXHIBIT#5) A ROUND BLUE PILL MARKED "224" IDENTIFIED AS OXYCOTIN VIA LOUISIANA POISON CONTROL, AND THE FINAL PILL WAS ROUND AND WHITE MARKED "2410/V" ON ONE SIDE AND IDENTIFIED AS SOMA VIA LOUISIANA POISON CONTROL (LOUISIANA POISON CONTROL 1-800-222-1222, BRIAN).

DEPUTY MIKE LEYVA (JP-3A1) OF THE JEFFERSON PARISH SHERIFF'S OFFICE THIRD DISTRICT PATROL DIVISION ARRIVED ON SCENE TO ASSIST WITH HIS DEPARTMENTAL ISSUED DIGITAL CAMERA THAT WAS UTILIZED TO PHOTOGRAPH WEISLER'S VEHICLE. THOSE PHOTOGRAPHS WOULD BE UPLOADED BY DEPUTY LEYVA INTO THE JEFFERSON PARISH SHERIFF'S OFFICE VERIPIC DATA BASE AND WILL BE MADE A PERMANENT PART OF THIS REPORT.

WEISLER WAS CITED UNDER JEFFERSON PARISH SHERIFF'S OFFICE CITATION# JP-U 88771 FOR LOUISIANA REVISED STATUE 32:361.1, HAVING WINDOW TINT BELOW THE LEGAL LIMIT OF 40%. THE PERCENTAGE OF LIGHT PASSING THROUGH THE ILLEGAL TINT WAS .04% DETERMINED WITH A TINT METER (CALIBRATED).

FOLLOWING THE IDENTIFICATION OF THE PILLS FROM WEISLER'S POCKET, HE WAS FURTHER ADVISED HE WAS UNDER ARREST FOR POSSESSION OF CONTROLLED DANGEROUS SUBSTANCES AND TRANSPORTED TO THE JEFFERSON PARISH SHERIFF'S OFFICE DETECTIVE BUREAU WHERE THE PAPER WORK FOR HIS ARREST WAS COMPLETED. FROM THERE WEISLER WAS TRANSPORTED TO THE JEFFERSON PARISH CORRECTIONAL CENTER WHERE HE WAS BOOKED ACCORDINGLY.

DETECTIVE MICHEL RETURNED TO THE JEFFERSON PARISH SHERIFF'S OFFICE

INVESTIGATIONS BUREAU AND LOGGED EXHIBIT #1 THROUGH #8 INTO THE PROJECT STAR EVIDENCE BOOK # 3, PAGE #128. DETECTIVE MICHEL SECURED EXHIBIT# 1 THROUGH #8 IN THE NARCOTICS EVIDENCE LOCKER UNTIL WHICH TIME IT COULD BE TRANSFERED TO THE JEFFERSON PARISH CRIME LAB.

DETECTIVE MICHEL WILL FORWARD ANY AND ALL ADDITIONAL INFORMATION IN REFERENCE TO THIS INCIDENT IN THE FORM OF A SUPPLEMENTAL REPORT.

DESCRIPTION OF EVIDENCE:

EX#1- YELLOW OVAL SHAPED PILLS MARKED "G4910/100MG" 6.5 D.U.

EX#2- RED ROUND PILLS MARKED "L852" 6 D.U.

EX#3- ROUND YELLOW PILLS MARKED "L" 7 D.U.

EX#4- ROUND WHITE PILLS MARKED "A101" 3 D.U.

EX#5- ROUND BLUE PILLS MARKED "224" 9 D.U. AND TEN (10) SMALL PIECES.

EX#6- ROUND WHITE PILLS MARKED "2410/V" 10 D.U. AND NINE (9) SMALL PIECES.

EX#7- TWO (2) LAW ENFORCEMENT ID CARDS FOR PEARL RIVER COUNTY SHERIFF'S OFFICE.

EX#8- TWO (2) LAW ENFORCEMENT ID CARDS FOR HANCOCK COUNTY SHERIFF'S OFFICE.